**Appeal Dismissed and Memorandum Opinion filed August 2, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00435-CV

### OLUWAYEMISI ADEOYE AND ANTHONY ADEOYE, Appellants

### V.

### EAGLEWOOD HOMEOWNERS ASSOCIATION INC., Appellee

**On Appeal from the 458th District Court
Fort Bend County, Texas
Trial Court Cause No. 14-DCV-212484**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order signed May 7, 2018 denying appellants' motion to dismiss for want of prosecution. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Appellate courts have jurisdiction to consider immediate appeals of interlocutory orders only if a statute explicitly provides appellate jurisdiction. *CMH Homes v. Perez*, 340 S.W.3d 444, 447 (Tex. 2011); *Fleming & Associates, L.L.P. v. Kirklin*, 497 S.W.3d 458, 460 (Tex. App.—Houston [14th Dist.] 2015, pet. denied).

Because there is no specific statutory authorization, an interlocutory appeal is not permitted in this situation. *See In re Conner*, 458 S.W.3d 532, 535 (Tex. 2015) (granting mandamus relief after finding relator had no adequate remedy by appeal to challenge the denial of a motion to dismiss).

On June 19, 2018, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before July 5, 2018. *See* Tex. R. App. P. 42.3(a). No response was filed.

Accordingly, the appeal is dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Busby.